Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

COUNSEL FOR THE TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>NOC, INC.,<br><br>    Debtor.[1] | § § § § § § § | CHAPTER 11<br><br>CASE NO. 23-40266-elm11 |
| DANIEL J. SHERMAN, AS LIQUIDATING TRUSTEE FOR THE LIQUIDATING TRUST OF NOC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERLIN PECAN CO., INC.,<br><br>    Defendant. | § § § § § § § § § § § § § § § | Adv. No. 25-04014 (elm) |

## STIPULATION EXTENDING ANSWER DATE

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109.

STIPULATION EXTENDING ANSWER DATE                                                                                       PAGE 1

Daniel J. Sherman, in his capacity as the liquidating trustee (the "Trustee") for the Liquidating Trust of NOC, Inc., Plaintiff herein, and Easterlin Pecan Co., the Defendant herein (the "Defendant"), by and through their undersigned counsel, file this *Stipulation Extending Answer Date*, and respectfully state as follows:

1. On January 30, 2025, the Trustee initiated the above-referenced adversary proceeding against the Defendant by filing a Complaint [Docket No. 1].

2. The summons was issued on January 31, 2025 [Docket No. 2] and the Defendant's answer or responsive pleading is due on March 3, 2025 (the "Deadline").

3. The Trustee and the Defendant have agreed to extend the Deadline with respect to the Defendant until April 2, 2025.

4. The Trustee and Defendant request that the Court take notice of this Stipulation and extend the Deadline. This deadline extension is without prejudice to the Defendant seeking a further extension of the Deadline by agreement or otherwise.

Dated: February 13, 2025

STIPULATED AND AGREED:

*/s/ Eric T. Haitz*
Joshua N. Eppich
Texas Bar I.D. No. 24050567
Eric T. Haitz
Texas Bar I.D. No. 24101851
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

**COUNSEL FOR THE TRUSTEE**

/s/ *Christopher W. Terry*
Christopher W. Terry
Georgia Bar I.D. No. 702484
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481 telephone
(770) 200-9230 facsimile
Email: chris@boyerterry.com

**COUNSEL FOR THE DEFENDANT**